

Defendants  00073